FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2021 OCT -7 AM 11: 39

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. |
| | ) | Violation: |
| v. | ) | 21cr10299 |
| | ) | Count One: Bank Robbery |
| DAVID A. FRATES, | ) | (18 U.S.C. § 2113(a)) |
| | ) | |
| Defendant. | ) | Forfeiture Allegation: |
| | ) | 18 U.S.C. § 981(a)(1)(C) and |
| | ) | 28 U.S.C. § 2461(c) |

## INFORMATION

### COUNT ONE
Bank Robbery
(18 U.S.C. § 2113(a))

The United States Attorney charges:

On or about July 19, 2021, in Dartmouth, in the District of Massachusetts, the defendant,

DAVID A. FRATES,

did, by force and violence, and by intimidation, take from the person and presence of another, money in the amount of $20,000, more or less, belonging to, and in the care, custody, control, management and possession of, the Bristol County Savings Bank in Dartmouth, Massachusetts, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

BANK ROBBERY FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The United States Attorney further alleges:

1. Upon conviction of the offense of bank robbery, in violation of Title 18, United States Code, Section 2113, set forth in Count One of this Information, the defendant,

DAVID A. FRATES,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following asset(s):

  a. $9,000 in cash seized from the defendant on or about July 21, 2021.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

NATHANIEL R. MENDELL
ACTING UNITED STATES ATTORNEY

Kenneth Shine
Assistant United States Attorney

Date: 10/7/2021